# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

GS HOLISTIC, LLC,

          Plaintiff,    :    Case No. 2:23-cv-3586

                                                  District Judge Walter H. Rice
-   vs  -                                     Magistrate Judge Michael R. Merz

LONDON SMOKE SHOP, INC., et al.,

          Defendants.    :

## REPORT AND RECOMMENDATIONS

On March 29, 2024, Plaintiff requested and received a third extension of time to and including April 28, 2024, to perfect service on Defendant Ghazi Algabaie (ECF Nos. 17 and 18). As of the date of this Report, Defendant Ghazi Algabaie has not been served.

It is accordingly respectfully recommended that the Complaint be dismissed without prejudice as against Ghazi Algabaie for lack of service of process.

July 29, 2024.

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond

1

to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. #

s/ *Michael R. Merz*<br>United States Magistrate Judge