# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

GS HOLISTIC, LLC,

                Plaintiff,    :          Case No. 2:23-cv-03586

                                      District Judge Walter H. Rice
- vs -                            Magistrate Judge Michael R. Merz

LONDON SMOKE SHOP, INC. et al.,

                Defendants.    :

## DECISION AND ORDER

Noting Plaintiff's voluntary dismissal of Defendant Ghazi Algabaie (ECF No. 21), the pending Report and Recommendations (ECF No. (19) is WITHDRAWN.  The Clerk has previously entered the default of the corporate Defendant, London Smoke Shop, Inc. (ECF No. 16).  Therefore the Motion (ECF No. 20) to enter the default of that party is MOOT.

The Clerk is directed to correct the docket to show that the Motion for Default (ECF No. 20) was made only as to the corporate Defendant.

August 12, 2024.

                                                  s/ *Michael R. Merz*
                                            United States Magistrate Judge